JET/XOC June 2018
GJ# 15

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.             ) | CASE NO. |
| ) | |
| KENNETH EARL HOOKS ) | |
| And         ) | |
| SARAH PAULINE MORRIS ) | |

## INDICTMENT

### COUNT ONE
**[Production of Child Pornography: 18 U.S.C. § 2251(a) and (e); 18 U.S.C. § 2]**

The Grand Jury charges:

Between on or about December 1, 2016 and on or about August 31, 2017, in Shelby County, within the Northern District of Alabama, and elsewhere, the defendants,

**KENNETH EARL HOOKS**

**AND SARAH PAULINE MORRIS,**

did attempt to and did knowingly employ, use, persuade, induce, and entice a person under the age of eighteen years, to wit: Minor Child 1, a minor born in 2011, to engage in sexually explicit conduct, as depicted in part in an image identified as 37160880690983417.jpeg, for the purpose of producing a visual depiction of such conduct, and that said visual depiction was produced using materials that have been

mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, to wit: a Lenovo laptop computer and a Samsung Galaxy S7 cellular phone, in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT TWO
### [Coercion and Enticement of a Minor: 18 U.S.C. § 2422(b)]

The Grand Jury charges:

Between on or about December 1, 2016 and on or about August 31, 2017, in Shelby County, within the Northern District of Alabama, and elsewhere, the defendant,

**KENNETH EARL HOOKS**

**AND SARAH PAULINE MORRIS,**

using a facility or means of interstate and foreign commerce, to wit: a Samsung Galaxy S7 cellular phone, did attempt to and did knowingly persuade, induce, and entice a person under the age of eighteen years, to wit: Minor child 1, a minor born in 2011, to engage in any sexual activity for which any person can be charged with a criminal offense, to wit: Ala. Code § 13A-12-192 (Possession and Possession with Intent to Disseminate Obscene Matter Containing Visual Depictions of Persons Under 17 years of Age Involved in Obscene Acts); and Ala. Code § 13A-12-197 (Production of Obscene Matter Containing Visual Depiction of Person Under 17 years of Age Involved in Obscene Acts), in violation of Title 18, United States Code, Section 2422(b).

## NOTICE OF FORFEITURE
## [18 U.S.C. § 2253(a)]

As a result of the foregoing offense alleged in Count One of this Indictment, the defendant,

**KENNETH EARL HOOKS**

**AND SARAH PAULINE MORRIS,**

shall forfeit to the United States the following:

(a) any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, computer disk, thumb drive, flash drive, or other matter that contains any such visual depiction, which was produced, transported, mailed, shipped, and received in violation of Chapter 110 of the United States Code;

(b) any property, real or personal, used and intended to be used to commit and to promote the commission of such offenses; and

(c) any proceeds or gross profits of the offenses, or any property traceable thereto.

If any property subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a), as a result of any act or omission of the defendant,

**KENNETH EARL HOOKS**

**AND SARAH PAULINE MORRIS,**

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All pursuant to Title 18, United States Code, Section 2253(a).

A TRUE BILL.

*/s/Electronic Signature*
FOREPERSON OF THE GRAND JURY

                                                JAY E. TOWN
                                                United States Attorney

                                                */s/ Electronic Signature*
                                                XAVIER O. CARTER
                                                Assistant United States Attorney