# Exhibit 1

3-17-2022

Dear Judge Coogler,

I'm writing to you regarding my father, Kenneth Earl Hooks II. My name is Samantha Hooks, I'm his eldest daughter. I am informed his re-sentencing is coming up pretty soon. I just felt very heavy on my heart to write to you and give you a little background history. My mother left before I turned two years old, so my father is pretty much all I've ever known. I always felt unwanted by every family member that always came up with a reason as to why I couldn't live with them. No matter what my father was always there for me. So, despite his issues I'd like to do the same for him in return. Growing up with him wasn't always the best but for my situation it was better than many of other situations I could have been in. The highs with him were high and the lows were low. I hope that makes sense. I've always known my dad needed medicine for his depression, especially after his father, my grandpa, passed away. When he was on his medicine things were great! When he would stop taking his medicine it would be like walking on eggshells. I'd try my best to do everything to not see him fall into a deep depression. I'd watch him many times as he would step out of character just wanting for someone to love him. Many of his girlfriends had him doing crazy things to impress them. Which I feel has a lot to do with the situation he is in now…

   I hear the charges that he is convicted of and I'm just in disbelief. The father I knew growing up would never have done such a thing. I am not writing to you to ask for pity or anything of the sort. I am simply putting my pride and dignity to the side and asking for some compassion and forgiveness. I understand the severity of the charges and I am by no means trying to justify any of my father's actions. I just want to let you know that his sentence is not only affecting him but My siblings, My children's, His Family and MY LIFE as well. The past three years he has been in prison has been very difficult for me. I am a mother to three children.

    Although, my eldest is the only one who has met him, when she was an infant, they absolutely adore talking to him. My father being in prison the last three years has had a huge impact on my life. He has missed so many important events and days when I have needed him and wanted him to be there! I have done my best to pull through without him being around for the last few years but it's very hard. I often sit back and think how much happier mine and my children's lives would be if my father, their grandfather was here with us. I know he knows just as well as any of us what he did is wrong, and he is living with the regret of his actions every day! It will absolutely break my heart if he has to spend the rest of our lives in prison. I pray every day that God may give him a second chance!!


 Thank You for taking the time to read what I have to say.

*Samantha Hooks Sosa*